UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOE HARRY PEGG and,
DOLORES E. PEGG

    Defendants.
_____/

## COMPLAINT TO FORECLOSE

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Complaint and alleges as follows:

1. This is an action brought by the United States of America to foreclose a federal criminal fine judgment lien entered against Defendant, Joe Pegg, upon certain real property.

2. This action is brought pursuant to 28 U.S.C. §§ 2001-2003; 18 U.S.C. §§ 3613 and 3664.

3. This Court has jurisdiction of this action pursuant to 28 U.S.C. § 1345. Venue is proper in this Court under 28 U.S.C. § 1391.

4. The real property upon which the United States seeks to foreclose its lien consists of a parcel situated in Broward County, Florida, within the jurisdiction of this Court, and described as follows:

> Real property located at 3547 Derby Lane, Weston, Florida, more particularly described as: LOT 33, BLOCK 4 OF SON OF CHOPS ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 138, PAGE 7, PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA. (Hereinafter "the subject property").

5. Defendant Joe Pegg is an inmate currently residing at FMC Lexington, in Fayette County, Kentucky.

6. Defendant Dolores E. Pegg, Joe Pegg's wife, is a resident of Broward County, Florida, and resides in the subject property.

## Foreclosure of Criminal Fine Judgment Lien

7. On February 16, 1996, Joe Pegg was sentenced to 360 months in prison and ordered to pay a $500,000.00 criminal fine, plus interest, for conspiracy to import marijuana in violation of 21 U.S.C. § 963 in *United States vs. Joe Harry Pegg*, Case Number 94-38-CR-FTM-17D.

8. The Judgment in a Criminal Case was entered in United States District Court for the Middle District of Florida on February 20, 1996. *See* Exhibit A.

9. On April 2, 1996, the United States recorded a Notice of Lien for Fine and/or Restitution Imposed Pursuant to the Sentencing Reform Act of 1984 ("Notice of Lien") in Official Records Book 24689, Page 0474 of the Public Records of Broward County, Florida. *See* Exhibit B.

10. The United States seeks to recover the unpaid criminal fine against Joe Pegg by foreclosure of the federal lien encumbering his interest in the subject property.

11. At the time of the entry of the judgment and the recording of the Notice of Lien in the Public Records of Broward County, the subject property was owned jointly by Joe Pegg and Dolores Pegg.

12. Despite demand, to date, Joe Pegg has neglected, failed and/or refused to pay the full amount of the criminal fine debt secured by the criminal judgment and lien and has paid only

$204,698.50 towards the debt secured by the lien.

13. The federal criminal fine judgment and lien attach to and encumber Joe Pegg's interest in the subject property and can be foreclosed.

WHEREFORE, Plaintiff, the United States of America, prays for the following relief:

A. That this Court determine the priority of all claims to and liens upon the subject property;

B. That this Court adjudge and decree that the criminal fine judgment lien of the United States be foreclosed against the subject property, that the property be sold free and clear of the liens and claims of all parties having an inferior interest in the subject property, and that the net proceeds of the sale be distributed in accordance with the priority determined by the Court, and

C. That the United States be granted its costs incurred in this action, and that the Court grant such other and further relief as justice requires.

Dated: February 12, 2016

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: */s/ Danielle Croke*_____
Danielle N. Croke
Assistant U.S. Attorney
99 N. E. 4th Street, Suite 300
Miami, FL 33132-211
Telephone No. (305) 961-9420
Fax No. (305) 530-7193
Florida Bar No. 0723258
E-mail: danielle.croke@usdoj.gov
Counsel for United States of America